THE HOLLAND HOUSE COMPANY, Appellant, *v.* ANGIE M. KINSLEY, as Executrix of HERBERT M. KINSLEY, Deceased, et al., Respondents.

*Holland House Co.* v. *Kinsley,* 124 App. Div. 939, affirmed.
(Argued April 2, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1908, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover rent alleged to be due under a lease.

*Charles E. Littlefield, Charles C. Auchincloss* and *Frederic de P. Foster* for appellant.

*George M. Pinney, Jr.,* and *Aaron C. Thayer* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

———

GEORGE W. BENNETT, Respondent, *v.* ADA M. MURPHY et al., Appellants.

*Bennett* v. *Murphy,* 123 App. Div. 102, affirmed.
(Submitted April 5, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to establish a vendor's lien on real property.

*George F. Thompson* for appellants.

*George D. Judson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.